

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Jeffrey L White II )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
Global Exchange Vacation )
Club dba Resort Vacations )
Inc. )
(Name of the defendant or defendants) )

CI 1:14-cv-10364
Judge Sara L. Ellis
NC Magistrate Judge Mary M. Rowland

**RECEIVED**
DEC 2 4 2014
12-24-14
THOMAS G BRUTON
CLERK U S DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ___Jeffrey L. White II___ of the county of __Will__ in the state of __IL__.

3. The defendant is __Global Exchange Vacation club__, whose street address is __550 Warrenville Rd__,
(city) __Lisle__ (county) __DuPage__ (state) __IL__ (ZIP) __60532__
(Defendant's telephone number) __(949) - 367-0388__

4. The plaintiff sought employment or was employed by the defendant at (street address) __550 Warrenville Rd__ (city) __Lisle__
(county) __DuPage__ (state) __IL__ (ZIP code) __60532__

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) _August_, (day) _(13th)_, (year) _2012 - 2013_
_January_

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a)  The defendant is not a federal governmental agency, and the plaintiff  [*check

one box*]  ☐ has not    filed a charge or charges against the defendant

☒ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

(i)  ☐ the United States Equal Employment Opportunity Commission, on or about

(month)_____ (day)_____ (year)_____.

(ii)  ☒ the Illinois Department of Human Rights, on or about

(month) _June_  (day) _24_ (year) _2013_.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

✱
attached.  ☒ YES.    ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received.  The

plaintiff has no reason  to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

✱ Amended charges Attached      2
(complaint)
w/ Jury Demand

☐    Yes (month)_____ (day)_____ (year) _____

☐    No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month) _September_
(day) _24th_ (year) _2014_ .

(c)    Attached is a copy of the

     (i) Complaint of Employment Discrimination,

     ☒ YES     ☐ NO, but a copy will be filed within 14 days.

     (ii) Final Agency Decision

     ☒ YES     ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐    the United States Equal Employment Opportunity Commission has not issued

       a *Notice of Right to Sue.*

   (b) ☒    the United States Equal Employment Opportunity Commission has issued a

       *Notice of Right to Sue*, which was received by the plaintiff on

       (month) _September_ (day) _24_ (year) _2014_ a copy of which

       *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*
*those that apply*]:

   (a) ☐    Age (Age Discrimination Employment Act).

   (b) ☒    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☒ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): Failed to stop workplace bullying!!

4

_____

_____

_____

_____

13.   The facts supporting the plaintiff's claim of discrimination are as follows:

   See IDHR and Amended Complaint

_____

_____

_____

_____

_____

14.   **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.   The plaintiff demands that the case be tried by a jury. ☒ YES   ☐ NO

16.   THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐   Direct the defendant to hire the plaintiff.

   (b) ☐   Direct the defendant to re-employ the plaintiff.

   (c) ☐   Direct the defendant to promote the plaintiff.

   (d) ☐   Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☐   Direct the defendant to (specify): _____

_____

5

_____

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Jeffrey C. White II_

(Plaintiff's name)

Jeffrey C. White II

(Plaintiff's street address)

1607 Brighton Lane

_____

(City) Plainfield (State) IL (ZIP) 60586

(Plaintiff's telephone number) (815) – 791- 4430

Date: 12/21/14

6

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jeffrey White<br>716 Fairlane Dr<br>Joliet, IL 60435 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

| [ ] | *On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a))* | | |
|---|---|---|---|
| EEOC Charge No.<br>**21B-2013-01919** | EEOC Representative<br>**Daniel Lim,**<br>**Acting State and Local Coordinator** | | Telephone No.<br>**(312) 869-8082** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe/sr* _____ *September 16, 2014*

*(Date Mailed)*

cc: **Global Exchange Vacation Club dba Resort**
**Vacations Inc**
**c/o Jeremy Glenn, Esq.**
**Meckler Bulger LLP**
**Marick & Pearson LLP**
**123 N Wacker Dr**
**Suite 1800**
**Chicago, IL 60606**

| · CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br><br>#13W0624.01 | ☒ IDHR<br><br>☐ EEOC | 2013CA3515 |

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>**Mr. Jeffrey White** | TELEPHONE NUMBER (include area code)<br><br>**(413) 221-7862** | |
|---|---|---|
| STREET ADDRESS<br><br>**716 Fairlane Drive** | CITY, STATE AND ZIP CODE<br><br>**Joliet, Illinois  60435** | DATE OF BIRTH<br>**05/16/59**<br>M   D   YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>**Global Exchange Vacation Club, dba,**<br>**Resort Vacations, Inc.** | NUMBER OF EMPLOYEES, MEMBERS<br>**15+** | TELEPHONE NUMBER (include area code)<br><br>**(949) 367-0388** | |
|---|---|---|---|
| STREET ADDRESS<br><br>**550 Warrenville Road** | CITY, STATE AND ZIP CODE<br><br>**Lisle, Illinois  60532** | | COUNTY<br><br>**DuPage (043)** |

| CAUSE OF DISCRIMINATION BASED ON<br><br>Race       Age       Sex       **Retaliation** | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>**01/13/13**<br><br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.   **ISSUE/BASIS**

   **DISCHARGE, ON OR ABOUT JANUARY 13, 2013, BECAUSE OF MY RACE, BLACK**

   B.   **PRIMA FACIE ALLEGATIONS**

   1.  **My race is black.**

   2.  **I have satisfactorily performed my duties as a sales membership agent, and have been employed with Respondent since January 26, 2012.**

**Page 1 of 3**

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS _____ DAY OF _____, 2013.<br><br>_____<br>NOTARY  SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>YOLANDA G GODWIN<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:09/21/15<br><br>6/24/13<br><br>NOTARY STAMP | X _____   6/24/13<br>SIGNATURE OF COMPLAINANT        DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 201◯A3515

Complainant: Jeffrey White

Page 2 of 3

    3. On or about January 13, 2013, I was discharged by Rick Sargent (white), Respondent's Chief Executive Officer. Sargent stated that I was being discharged because the Lisle facility was being closed due to substandard sales production quotas.

    4. Similarly situated non-black employees, did not have their offices closed, nor were not discharged.

## II.  A.  ISSUE/BASIS

DISCHARGE, ON OR ABOUT JANUARY 13, 2013, BECAUSE OF MY AGE, 54

### B. PRIMA FACIE ALLEGATIONS

    1. I am 54 years of age.

    2. I have satisfactorily performed my duties as a sales membership agent, and have been employed with Respondent since January 26, 2012.

    3. On or about January 13, 2013, I was discharged by Rick Sargent (age unknown), Respondent's Chief Executive Officer. Sargent stated that I was being discharged because the Lisle facility was being closed due to substandard sales production quotas.

    4. Similarly situated sales employees, who are younger than age 40 or who are significantly younger than me, did not have their offices closed, nor were not discharged.

## III.  A.  ISSUE/BASIS

DISCHARGE, ON OR ABOUT JANUARY 13, 2013, BECAUSE OF MY SEX, MALE

### B. PRIMA FACIE ALLEGATIONS

    1. My sex is male.

    2. I have satisfactorily performed my duties as a sales membership agent, and have been employed with Respondent since January 26, 2012.

    3. On or about January 13, 2013, I was discharged by Rick Sargent (male), Respondent's Chief Executive Officer. Sargent stated that I was being discharged because the Lisle facility was being closed due to substandard sales production quotas.

    4. Similarly situated female sales employees, did not have their offices closed, nor were not discharged.

Charge Number:  201◯A3515
Complainant:  Jeffrey White
Page 3 of 3

IV.   A. ISSUE/BASIS

DISCHARGE, ON OR ABOUT JANUARY 13, 2013, IN RETALIATION FOR
COMPLAINING ABOUT SEXUAL HARASSMENT IN RESPONDENT'S
WORKPLACE

B. PRIMA FACIE ALLEGATIONS

1.  On or about January 3, 2013, I engaged in a protected activity when I
complained to Rick Sargent, Respondent's Chief Executive Officer, that
I was one of four (4) individuals subjected to sexually harassment in the
workplace by Priese Fitzpatrick, a manager for the Respondent.

2.  On or about January 13, 2013, I was discharged by Rick Sargent,
Respondent's Chief Executive Officer.  Sargent stated that I was being
discharged because the Lisle facility was being closed due to substandard
sales production quotas.

3.  Respondent's adverse actions have followed my involvement in a protected
activity within such a period of time as to raise an inference of retaliatory
motivation.

ACF/TFR/amm

## United States District Court Northern District of Illinois

|                                    |     |
| ---------------------------------- | --- |
| Plaintiff                          | )   |
| Jeffrey L. White II                | )   |
| V.                                 | )   |
| Defendant                          | )   |

Global Exchange Vacation Club

dba / Resort Vacations Inc.

### AMENDED COMPLAINT (Jury Demand)

1. On or about August 2012 – January 2013, I was one of four (4+) individuals subject to workplace bullying, sexual harassment and a hostile work environment by Priese Fitzpatrick's (GEVC Supervisor).
2. On or about August 2012 – January 2013, Chris Rocco – Vice President of Sales, was **Additionally** notified about Priese Fitzpatrick's unwelcomed conduct rendering the workplace atmosphere intimidating, hostile, or offensive by:
   Walter Lopez – General Manager
   John Manus – Loan Officer Manger
   William Stoddard – General Manager
   …and other employee's concerning the ongoing hostile work environment
3. The "quid pro quo" harassment occurred when Priese Fitzpatrick's (Supervisor) treatment was based on submission to or rejection of unwelcome conduct, typically bullying or conduct of a sexual nature.
4. It also consisted of offensive conduct that was so severe and pervasive that it created a hostile or offensive work environment and once Plaintiff(s) complained; it resulted in a retaliatory motivation by Defendant including not hiring Plaintiff(s) to work at GEVC's other office locations for engaging in a protective activity.
5. The hostile work environment resulted from the unwelcome conduct of Priese Fitzpatrick and the unwelcome conduct rendered the workplace atmosphere intimidating, hostile, or offensive, including:
   - discussing sexual activities
   - telling off-color jokes concerning race, sex, or other protected bases
   - commenting on physical attributes
   - displaying sexually suggestive or racially insensitive pictures
   - using demeaning or inappropriate terms or epithets
   - using indecent gestures; using crude language
   - sabotaging the victim's work

January 3, 2013

**To:** Global Exchange Vacation Club Management Team

**From:** GEVC Employees: Lia Crouch, Nela Isic, Suzana Subotic, and Jeffrey White

**Re:** Title VII Violations

Plaintiff(s): GEVC Employees

Vs.

Defendant:  Priese Fitzpatrick

This letter serves as a formal complaint under Title VII of the Civil Rights Act of 1964, as amended against Defendant Priese Fitzpatrick. Additionally, Defendant with greater particularity below participated in workplace bullying.

### **Statement of Claims**

On September 2012 thru December 2012, Defendant Priese Fitzpatrick;

- Made comments and remarks of a sexual nature that referred to Plaintiff(s) physical appearance and/or genitalia.
- Inappropriately touched Plaintiff(s) in a sexually provocative manner
- Made requests (in role as supervisor) to Plaintiff(s) about having sex and/or going on a date
- Made unwelcome requests for sexual favors and other conduct of a sexual nature
- Created an intimidating, hostile, or offensive work environment

Additionally, Defendant engaged in systematic aggressive communication, manipulation of work, and acts aimed at humiliating or degrading one or more of the Plaintiffs that created a hostile work environment, and cost monetary damage to GEVC's bottom line, including;

- Incivility: rudeness and discourteous verbal and non-verbal behaviors

- Bullying: persistently criticizing employees' work; yelling; repeatedly reminding employees of mistakes; spreading gossip or lies; ignoring or excluding workers(separating employees into his "gang" (e.g. "Young Money…"), and Interpersonal conflict: behaviors of hostility, verbal aggression and angry exchanges

Plaintiffs are requesting that this matter be resolved expeditiously (Defendant Terminated/Relocated), or Plaintiffs will seek recourse with the EEOC.

*It is also unlawful to retaliate against an individual for opposing employment practices that discriminate based on sex or for filing a discrimination charge, testifying, or participating in any way in an investigation, proceeding, or litigation under Title VII.*

Respectfully submitted by, Lia Crouch _____, Nela Isic _____,

Suzana Subotic _____, and Jeffrey White _____ on January 3, 2013.



CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 WEST MADISON STREET, SUITE 2000
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS

To: **Jeffrey White**
**716 Fairlane Dr**
**Joliet, IL 60435**

S SUBURBAN IL 604

$ 000.65⁰
02 1P
0000808294
SEP 16 2014

17 SEP 2014

NOTIFY SENDER OF NEW ADDRESS
WHITE JEFFREY
1607 BRIGHTON LN
PLAINFIELD IL 60586-9794

BC: 60586979407    *1161-05882-17-33